*Martin L. Conrad, Harry Schneider* and *Irving J. Galpeer* for appellant.

*Leon M. Labes* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.

In the Matter of LILLIAN OKUN et al., Respondents, against DEPARTMENT OF STATE OF THE STATE OF NEW YORK et al., Appellants.

Argued November 23, 1955; decided December 28, 1955.

*Jacob K. Javits, Attorney-General* (*Philip J. Fitzgerald* and *James O. Moore, Jr.,* of counsel), for appellants.

*Charles B. Close* for respondents.

Order affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* PHILIP S. SAVAGE, Respondent.

Argued December 1, 1955; decided December 28, 1955.